UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-48 |
| V. ) | (VARLAN/SHIRLEY) |
| ) | |
| CHRISTIAN FUENTES, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On August 6, 2008, this criminal action came before the Court for the initial appearance and arraignment of defendant Christian Fuentes. Attorney Tracee Plowell appeared on behalf of the government and attorney Michael P. McGovern appeared on behalf of the defendant, who was also present.

Defendant Fuentes had previously appeared before the Court on July 23, 2008, on a criminal complaint. [3:08-MJ-1073, Doc. 1] At the July 23 hearing, defendant Fuentes was placed on supervised release pending trial, and the Court entered an Order Setting Conditions of Release. [3:08-MJ-1073, Doc. 3] Subsequently, defendant Fuentes was named in the Second Superseding Indictment in the instant case. [3:08-CR-48, Doc. 108] During the August 6 hearing, counsel for the defendant and the government both stated that they knew of no reason why defendant Fuentes could not remain under the same conditions of release as had been established in the 3:08-MJ-1073 case. Accordingly, the Court **ORDERS** that the defendant shall remain on supervised release

pending trial in the instant case, subject to same conditions of release previously established by the Order Setting Conditions of Release [3:08-MJ-1073, Doc. 3], which the Court incorporates and adopts herein. During the August 6 hearing, the Court also established the following motion deadlines specifically for defendant Fuentes: Any motions filed by defendant Fuentes shall be due on or before August 29, 2008, and the government's responses for motions filed by defendant Fuentes shall be due on or before September 9, 2008. The previously scheduled deadlines remain in effect as to all other defendants in this case.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge